AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>TYLER EDWARD ROMAN and<br>GEORGE LUIS TORIBIO<br><br>*Defendant(s)* | )<br>)<br>) Case No. 14-6258-SNOW<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 23, 2014 to July 11, 2014__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 846; 841(a)(1) and 841(b)(1)(A) | Attempt and Conspiracy to Possess with the Intent to Distribute 500 grams or more of Cocaine |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Crystal J. Connors; DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __07/11/2014__

_____
*Judge's signature*

City and state: __Fort Lauderdale, Florida__      LURANA S. SNOW; U.S. MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Crystal Connors, being duly sworn, hereby depose and state as follows:

1.  I am a Special Agent of the Drug Enforcement Administration ("DEA") assigned to the Miami Field Division in Miami, Florida. As such, I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516(1). I have been a Special Agent with DEA since November 2012, and I have been assigned to the Miami Field Division since January 2013. I have specialized in investigations involving narcotics trafficking and money laundering. I have received training about narcotics trafficking and money laundering from the DEA and have been personally involved in investigations concerning the possession and distribution of controlled substances, as well as methods used to finance drug transactions and launder drug proceeds.

2.  I submit this affidavit based on information known to me personally from the investigation, as well as information obtained from others who were directly involved in the investigation or have personal knowledge of the facts herein. The affidavit does not include all the information known to me, but only information sufficient to establish probable cause for the arrests of Tyler Edward ROMAN ('ROMAN") and George Luis TORIBIO ("TORIBIO") for violations of Title 21, United States Code, Section 846 and 841(a)(1)(A) and 841(b)(1)(B) relating to conspiracy and attempt to possess with the Intent to Distribute 500 grams or more of cocaine.

3. During the month of June 2014, a DEA Cooperating Individual ("CI") was solicited by an uncharged co-conspirator for contact information of a potential supplier of kilograms of cocaine. The uncharged coconspirator passed a telephone number to the CI to be contacted.

4. On or about June 23, 2014, a undercover detective (UC 1), posing as an associate of the CI, called the telephone number supplied by the uncharged coconspirator and scheduled a meeting for June 25, 2014 during the recorded conversation.

5. On or about June 25, 2014, UC 1 and UC 2 (an undercover detective represented to be the associate of UC 1) met ROMAN at the Starbuck's located at 1501 SE 17th Street, Fort Lauderdale, Broward County, Florida. During this audio and video recorded meeting, ROMAN told UC 1 that ROMAN was interested in purchasing kilograms of cocaine and heroin. ROMAN advised UC 1 that ROMAN would contact UC 1 when ROMAN had the currency to make a purchase.

6. A series of recorded telephone conversations between UC 1 and ROMAN eventually led to a meeting on or about July 10, 2014 in the parking lot of Costco located at 1800 West Sample Road Pompano Beach, Broward County, Florida. UC 1 and ROMAN met inside of UC 1's vehicle. During this audio and video recorded meeting, UC 1 quoted ROMAN a price of $29,000 per kilogram of cocaine. ROMAN informed UC 1 that ROMAN had the funds available to purchase one kilogram of cocaine. ROMAN asked UC 1 if ROMAN could trade a kilogram of molly and pounds of marijuana to acquire an additional kilogram of cocaine. The UC agreed. UC 1 called UC 2 over to UC 1's vehicle to allow ROMAN to inspect the quality of a kilogram of cocaine UC1 represented that ROMAN could buy. ROMAN cut into the kilogram and tasted the cocaine. ROMAN expressed satisfaction with the kilogram of cocaine. UC 2 retrieved the kilogram of

cocaine and left the area. The meeting ended with ROMAN advising UC 1 that ROMAN wanted to complete the deal that evening after ROMAN gathered the money, the molly and the marijuana. That evening, UC 1 and ROMAN spoke by telephone and during the audio recorded conversation decided to complete the transaction the following day.

6. On or about July 11, 2014, ROMAN telephoned UC 1 to advise that ROMAN was ready to complete the transaction and that ROMAN would be bringing his brother. UC 1 advised ROMAN that UC1 would contact ROMAN later with a location to meet. This conversation was audio recorded. UC 1 later telephoned ROMAN and advised ROMAN to meet in the parking lot of the Broward Mall located at 8000 WEST Broward Boulevard, Plantation, Broward County, Florida. This conversation was audio recorded.

7. On or about July 11, 2014, at approximately 1:40 P.M., a silver, Pontiac G6 bearing Florida plate BPRV51, pulled into the parking area of the Broward Mall. ROMAN exited the G6 carrying a brown colored backpack. Another male, later identified as TORIBIO, exited the passenger side of the G6. ROMAN and TORIBIO approached and entered the UC vehicle. ROMAN sat in the front passenger's seat of the UC vehicle and TORIBIO sat in backseat of the UC vehicle. During this audio and video recorded meeting, ROMAN told UC 1 that ROMAN had $23,000 and that the balance owed could be paid with molly. UC1 agreed. UC 1 questioned TORIBIO about his involvement in the transaction. TORIBIO said that he had invested half of the money for the purchase of the kilogram of cocaine. ROMAN opened the brown backpack and handed UC 1 molly as well as bundles of money to count. After UC 1 verified the money he received from ROMAN equaled $23,000, UC 1 called UC 2 and instructed UC2 to bring the kilogram of cocaine to the UC vehicle. UC 2 approached the UC vehicle on foot and handed UC

1 a blue backpack through the driver's side window. UC 1 removed the kilogram of cocaine from the blue backpack and handed the kilogram of cocaine to ROMAN to inspect. UC 1 filled the blue backpack with the money and the molly and handed the blue backpack to UC 2, who then departed the area on foot. ROMAN cut into the kilogram and tasted tested the cocaine. ROMAN passed the kilogram of cocaine to TORIBIO in the backseat. UC 1 subsequently exited the vehicle so ROMAN and TORIBIO could be arrested. During the takedown, ROMAN exited the UC vehicle and attempted to flee the area on foot but was apprehended. TORIBIO was taken into custody without incident. TORIBIO was in possession of the kilogram of cocaine when arrested.

7. After being advised of his *Miranda* rights and waiving the same, TORIBIO stated that he was aware that the purpose of the meeting was to purchase narcotics. TORIBIO said he attended the meeting for ROMAN's security.

8. Based on the foregoing, your affiant submits there is probable cause to believe that Tyler ROMAN and George TORIBIO did knowingly and willfully attempt and combine, conspire and agree to possess with the intent to distribute 500 grams of more of cocaine, in violation of Title 21, United States Code, Sections 846, 841(a)(1)(A) and 841(b)(1)(B).

*FURTHER YOUR AFFIANT SAYETH NAUGHT*

---
CRYSTAL J. CONNORS, SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION

Subscribed and sworn to me before this 11th day of July, 2014.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE