UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-60165-CR-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA,

vs.

TYLER EDWARD ROMAN,

        Defendant.
_____/

**STIPULATED FACTUAL PROFFER FOR GUILTY PLEA**

The United States of America, by and through the undersigned Assistant United States Attorney, and the Defendant, personally and through his attorney, hereby submit this stipulated factual proffer to establish the Defendant's guilt of the charge set forth in Count 1 of the Indictment:

1. During the month of June 2014, a DEA Cooperating Individual ("CI") was solicited by an uncharged co-conspirator for contact information of a potential supplier of kilograms of cocaine. The uncharged coconspirator passed a telephone number to the CI to be contacted.

2. On or about June 23, 2014, a undercover detective (UC 1), posing as an associate of the CI, called the telephone number supplied by the uncharged coconspirator and scheduled a meeting for June 25, 2014 during the recorded conversation.

3. On or about June 25, 2014, UC 1 and UC 2 (an undercover detective represented to be the associate of UC 1) met Tyler Edward ROMAN ("ROMAN") at the Starbuck's located at 1501 SE 17th Street, Fort Lauderdale, Broward County, Florida. During this audio and video recorded meeting, ROMAN told UC 1 that ROMAN was interested in purchasing kilograms of cocaine and

[1]

heroin. ROMAN advised UC 1 that ROMAN would contact UC 1 when ROMAN had the currency to make a purchase.

4. A series of recorded telephone conversations between UC 1 and ROMAN eventually led to a meeting on or about July 10, 2014 in the parking lot of Costco located at 1800 West Sample Road Pompano Beach, Broward County, Florida. UC 1 and ROMAN met inside of UC 1's vehicle. During this audio and video recorded meeting, UC 1 quoted ROMAN a price of $29,000 per kilogram of cocaine. ROMAN informed UC 1 that ROMAN had the funds available to purchase one kilogram of cocaine. ROMAN asked UC 1 if ROMAN could trade a kilogram of molly and pounds of marijuana to acquire an additional kilogram of cocaine. The UC agreed. UC 1 telephoned his associate UC 2 to come to UC 1's vehicle to allow ROMAN to inspect the quality of a kilogram of cocaine UC1 represented that ROMAN could buy. ROMAN cut into the kilogram and tasted the cocaine. ROMAN expressed satisfaction with the kilogram of cocaine. UC 2 retrieved the kilogram of cocaine and left the area. The meeting ended with ROMAN advising UC 1 that ROMAN wanted to complete the deal that evening after ROMAN gathered the money, the molly and the marijuana. That evening, UC 1 and ROMAN spoke by telephone and during the audio recorded conversation decided to complete the transaction the following day.

5. On or about July 11, 2014, ROMAN telephoned UC 1 to advise that ROMAN was ready to complete the transaction and that ROMAN would be bringing his brother. UC 1 advised ROMAN that UC1 would contact ROMAN later with a location to meet. This conversation was audio recorded. UC 1 later telephoned ROMAN and advised ROMAN to meet in the parking lot of the

Broward Mall located at 8000 West Broward Boulevard, Plantation, Broward County, Florida. This conversation was audio recorded.

6.     On or about July 11, 2014, at approximately 1:40 P.M., a silver, Pontiac G6 bearing Florida plate BPRV51, pulled into the parking area of the Broward Mall. ROMAN exited the G6 carrying a brown colored backpack. Another male, later identified as George Luis TORIBIO ("TORIBIO"), exited the passenger side of the G6. ROMAN and TORIBIO approached and entered the UC vehicle. ROMAN sat in the front passenger's seat of the UC vehicle and TORIBIO sat in backseat of the UC vehicle. During this audio and video recorded meeting, ROMAN told UC 1 that ROMAN had $23,000 and that the balance owed could be paid with molly. UC1 agreed. UC 1 questioned TORIBIO about his involvement in the transaction. ROMAN said he and TORIBIO had invested half of the money for the purchase of the kilogram of cocaine. ROMAN opened the brown backpack and handed UC 1 approximately five (5) ounces of molly as well as bundles of money to count. After UC 1 verified the money he received from ROMAN equaled $23,000, UC 1 called UC 2 and instructed UC2 to bring the kilogram of cocaine to the UC vehicle. UC 2 approached the UC vehicle on foot and handed UC 1 a blue backpack through the driver's side window. UC 1 removed the kilogram of cocaine from the blue backpack and handed the kilogram of cocaine to ROMAN to inspect. UC 1 filled the blue backpack with the money and the molly and handed the blue backpack to UC 2, who then departed the area on foot. ROMAN cut into the kilogram and tasted tested the cocaine. ROMAN passed the kilogram of cocaine to TORIBIO in the backseat. UC 1 subsequently exited the vehicle so ROMAN and TORIBIO could be arrested. During the takedown, ROMAN exited the UC vehicle

[3]

and attempted to flee the area on foot but was apprehended. TORIBIO was taken into custody without incident. TORIBIO was in possession of the kilogram of cocaine when arrested.

7. By his signature below, the defendant verifies that:

   A) he has read and understood the foregoing;

   B) the stipulated factual record is true and correct;

   C) he signs this document freely and voluntarily after he has received the advice of his counsel.

UNITED STATES OF AMERICA

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 9/4/14

By: _____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

DEFENDANT

Date: 9/3/14

By: _____
TIMOTHY DAY
ASSISTANT FEDERAL PUBLIC DEFENDER

Date: 9/3/14

By: _____
TYLER EDWARD ROMAN
DEFENDANT

[4]