UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-60165-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

TYLER ROMAN,

       Defendant.
_____/

## OBJECTION TO THE PRESENTENCE INVESTIGATION REPORT

       The defendant, through counsel, hereby files this objection to the presentence investigation report and as grounds in support thereof states as follows:

       The PSI at paragraph 20 finds the base offense level applicable to Mr. Roman's case to be a 26. This is incorrect based on the guidelines now effective pursuant to the 2014 amendment/revision to the drug quantity tables found in U.S.S.G. 2D1.1. The resulting base offense level should be a 24 and with all applicable reductions the adjusted offense level would be 21.

WHEREFORE, the defendant hereby files this objection to the PSI.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER


By:    *s/Timothy M. Day*
         Timothy M. Day
         Assistant Federal Public Defender
         Florida Bar No. 360325
         1 E. Broward Blvd.
         Suite 1100
         Fort Lauderdale, Florida  33301
         (954) 356-7436
         (954) 356-7556 (fax)
         Timothy_Day@fd.org


## CERTIFICATE OF SERVICE

I HEREBY certify that on November 12, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                              *s/Timothy M. Day*
                              Timothy M. Day

# SERVICE LIST

## UNITED STATES OF AMERICA v. TYLER ROMAN

### Case No. 14-60165-CR-ZLOCH

**United States District Court, Southern District of Florida**

Timothy M. Day, Esquire
Timothy_Day@fd.org
Federal Public Defender's Office
1 E. Broward Blvd.
Suite 1100
Fort Lauderdale, Florida  33301
Telephone:  (954) 356-7436
Facsimile:  (954) 356-7556
Attorney for Defendant
[Service via CM/ECF]

Donald F. Chase , II

United States Attorney's Office
500 E Broward Boulevard
7th Floor
Fort Lauderdale, FL 33394
954-660-5693
Fax: 356-7336
Email: donald.chase@usdoj.gov
Attorney for United States of America
[Service via CM/ECF]


Alma E. Martinez
United States Probation Office
299 E. Broward Blvd.
Suite 409
Fort Lauderdale, Florida  33301
Telephone:  (954) 769-5625
Facsimile:  (954) 769-5566
[Service via Facsimile]

J:\Roman, Tyler E  Reg06505-104\Pleadings\ObjectionPSI.01.wpd