**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA (FT. LAUDERDALE)**

CASE NO.: 0:14-CR-60165-WPD-1

UNITED STATE OF AMERICA

    Plaintiff,

  -V-                                  NOTICE OF APPEARANCE
                                          AS COUNSEL OF RECORD

TYLER E. ROMAN,

    Defendant.

        COMES NOW, Aaron M. Cohen and files this appearance as counsel for the above named defendant. Counsel agrees to represent the defendant, TYLER E. ROMAN for all proceedings arising out of the transaction with which the defendant is presently charged in the United States District Court in and for the Southern District of Florida.

        The undersigned files this Appearance on behalf of Defendant, TYLER E. ROMAN for purposes of VIOLATION OF PROBATION, and not for purposes of appeal

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** the foregoing was efiled via CM/ECF this 26th day of May, 2020

                Respectfully submitted,

                s/Aaron M. Cohen

                AARON M. COHEN, P.A.

                Florida Bar No. 0541427

                Attorney for TYLER E. ROMAN

                110 Via D'Este, 303

                Delray Beach, Florida 33445

Phone: 561.542.5494

Fax:    561.431.8162

Email: amc@aaronmcohenpa.com