**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:14-cr-60165-WPD**

**UNITED STATES OF AMERICA**

vs.

**TYLER EDWARD ROMAN,**

      **Defendant.**
_____/

**JOINT MOTION TO CANCEL NEBBIA HEARING**

The undersigned, along with counsel for defendant, have reviewed bank records and other documents and are satisfied that the *Nebbia* requirement has been met. As such, the parties respectfully submit a hearing is no longer necessary.

    Respectfully submitted,
    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

By:   Marton Gyires
      Assistant United States Attorney
      Court ID No.: A5501696
      500 South Australian Avenue, 4th Floor
      West Palm Beach, FL 33401
      Tel.: (561) 820-8711
      E-mail: Marton.Gyires@usdoj.gov